UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA SCOTT AND DAVID SCOTT,<br><br>     Plaintiffs,<br><br>          v.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>     Defendant. | No.  1:15-cv-03189-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulation of Dismissal. ECF No. 11.  The parties indicate they have settled all claims among them. They stipulate to the dismissal of any and all claims that have been or could have been asserted against each other in the above-captioned case, with prejudice and without the award of costs or fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal, ECF No. 11, is **GRANTED**.
2. The above-captioned action is dismissed with prejudice and without an award of costs or fees.

///
///
///
///

**ORDER DISMISSING ACTION** ~ 1

1   **IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter
2   this Order and to provide copies to counsel.
3       **DATED** this 13th day of July, 2016.



                      Stanley A. Bastian
                United States District Judge

**ORDER DISMISSING ACTION** ~ 2